## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA HOLMES, | No. 4:21-CV-01683 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| AMERICAN HOME PATIENT/LINCARE, *et al.*, | |
| Defendants. | |

### ORDER

### JULY 3, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  AHP's motion for summary judgment (Doc. 22) is **GRANTED** in part and **DENIED** in part;

2.  Judgment is entered in favor of AHP as to Holmes' constructive discharge and retaliation claims;

3.  AHP's motion is **DENIED** with respect to Holmes' hostile work environment claim; and

4.  The Court will schedule a telephonic status conference by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge