

**BORDAS AND BORDAS ATTORNEYS, PLLC**

Reply to:

One Gateway Center
420 Fort Duquesne Blvd.
Suite 1800
Pittsburgh, PA 15222
t 412-502-5000
f 412-709-6343

1358 National Road
Wheeling, WV 26003
t 304-242-8410
f 304-242-3936

106 East Main Street
St. Clairsville, OH 43950
t 740-695-8141
f 740-695-6999

526 7th Street
Moundsville, WV 26041
t 304-845-5600
f 304-242-3936

bordaslaw.com

October 4, 2023

Matthew W. Brann
Chief United States District Judge

      *RE:*   *Holmes v. American Home Patient/Lincare*
            **4:21-cv-01683-MWB**

Dear Judge Brann:

The above referenced case was not settled at mediation. Accordingly, the parties respectfully request a telephone conference with Your Honor to set a trial date at your earliest convenience.

Thank you.

Very truly yours,

*Thomas B. Anderson*

Thomas B. Anderson

cc: Jo Bennett, Esq.