IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA HOLMES, | No. 4:21-CV-01683 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| AMERICAN HOME PATIENT/LINCARE, | |
| Defendant. | |

# ORDER

**MARCH 14, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion in Limine (Doc. 40) is **GRANTED IN PART** and **DENIED IN PART**;

    a. Defendant is precluded from presenting evidence concerning the settlement agreement reached between Plaintiff and Sutherland Global Logistics;

    b. Defendant is precluded from introducing the pleadings of the lawsuit between Plaintiff and Sutherland Global Logistics; and

    c. Plaintiff's Motion in Limine (Doc. 40) is otherwise **DENIED**;

2. Defendant's Motion in Limine to Preclude Evidence Relating to Dismissed Claims (Doc. 42) is **GRANTED IN PART** and **DENIED IN PART**;

    a.    Plaintiff is precluded from presenting evidence concerning the hoarding of work by certain employees and the connected embarrassment she experienced;

    b.    Plaintiff is precluded from presenting evidence concerning Timothy McCoy's description of her work as "menial"; and

    c.    Defendant's Motion in Limine to Preclude Evidence Relating to Dismissed Claims (Doc. 42) is otherwise **DENIED**;

3. Defendant's Motion in Limine to Preclude Evidence of Unrelated Events (Doc. 44) is **GRANTED IN PART** and **DENIED IN PART**;

    a.    Plaintiff is precluded from mentioning McCoy's statement concerning his wife;

    b.    Plaintiff is precluded from mentioning Dunmire's description of the chair throwing incident; and

    c.    Defendant's Motion in Limine to Preclude Unrelated Events (Doc. 44) is otherwise **DENIED**;

4. Defendant's Motion in Limine to Preclude Evidence in Support of Plaintiff's Claim for Punitive Damages or, in the alternative, to Bifurcate (Doc. 46) is **DENIED**.

                                    BY THE COURT:

                                    *s/ Matthew W. Brann*
                                    Matthew W. Brann
                                    Chief United States District Judge