# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Patricia Holmes,<br><br>Plaintiff,<br><br>v.<br><br>American Home Patient/Lincare,<br><br>Defendant. | Case 4:21-cv-01683-MWB |

## **STIPULATION**

1. American Home Patient's total assets for the fiscal year ending March 31, 2022, were valued at $94,257,314.87.

2. The amount of the Company's total liabilities for the fiscal year ending March 31, 2022, was $59,605,389.28.

3. The Company's net revenue for the fiscal year ending March 31, 2022, was $52,376,884.39.