**Caption:** Patricia Holmes v. American HomePatient/Lincare

**Case No:** 4:21-cv-01683-MWB

**Judge:** Matthew Brann

**Date:** February 12, 2024

## EXHIBIT LIST

| | Completed by Counsel | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| P-1 | Employment Offer 10/3/2019 | | | |
| P-2 | Employee Handbook Excerpts | 4/8/2024 | 4/8/2024 | L. Dodson |
| P-3 | Fit Test Record | 4/8/2024 | 4/8/2024 | T. McCoy |
| P-4 | Fit Test Image | 4/8/2024 | 4/8/2024 | T. McCoy |
| P-5 | "Coonie" Image | 4/8/2024 | 4/8/2024 | T. McCoy |
| P-6a | HR Investigation Part 1 | 4/8/2024 | 4/8/2024 | L. Dodson |
| P-6b | HR Investigation Part 2 | 4/8/2024 | 4/8/2024 | L. Dodson |
| P-7 | Dodson Notes Holmes Interview | 4/8/2024 | 4/8/2024 | L. Dodson |
| P-8 | Dodson Notes Employee Interviews | 4/8/2024 | 4/8/2024 | L. Dodson |
| P-9 | Hibbert Final Written Warning | | | |
| P-10 | Hibbert Employment Termination | | | |
| P-11 | McCoy Written Warning | 4/8/2024 | 4/8/2024 | L. Dodson |
| P-12 | Cattron Calendar 3/16/2020 | 4/9/2024 | 4/9/2024 | M. Cattron |
| P-13 | Linde Group Press Release 2/2/2016 | | | |
| P-14 | Holmes and Dodson Email 3/23/2020 | 4/8/2024 | 4/8/2024 | L. Dodson |
| P-15 | Notice of Resignation 7/7/2020 | | | |
| P-16 | Declaration of Lois Dodson | | | |



**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**

U.S. Courthouse, Suite 218
240 West Third Street
Williamsport, PA 17701
Internet Address: www.pamd.uscourts.gov

**PETER WELSH**
**Clerk of Court**

(570) 323-6380
(570) 323-0636 FAX

IN RE:  Holmes v. American Home Patient/Lincare, Case No. 4:21-CV-01683

TO COUNSEL:

Thomas B. Anderson, Esquire
Bordas and Bordas
One Gateway Center
420 Fort Duquesne Blvd
Ste 1800
Pittsburgh, PA   15222

Jo Bennett, Esquire
Mishell B. Kneeland, Esquire
Culhane Meadows
40 W. Evergreen Ave.
Suite 101
Philadelphia, PA 19118

Your original exhibits from the jury trial held April 8-10, 2024 are being returned to you in compliance with Middle District of Pennsylvania Local Rule 79.4.   It is your responsibility to keep these exhibits through the appeal period and make arrangements for transport, should that be necessary.

Kindly acknowledge receipt of said exhibits by signing the bottom portion of this letter and returning it to the undersigned at your earliest possible convenience.

Very truly yours,
Peter Welsh, Clerk of Court


*s/ Janel R. Rhinehart*
Janel R. Rhinehart
Deputy Clerk

**RECEIPT**

Receipt is hereby acknowledged for the exhibits introduced by the Plaintiff / Defendant in the above captioned matter.

__4/10/24_____
(Date)

_____
(Signature)