# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA HOLMES, | No. 4:21-CV-01683 |
| Plaintiff, | Chief Judge Brann |
| v. | |
| AMERICAN HOME PATIENT/LINCARE, | |
| Defendant. | |

## **ORDER**

**AND NOW**, on this 6th day of May 2024, **IT IS HEREBY ORDERED** that:

1. The Court temporarily stays execution of the judgment entered against Defendant, American Home Patient/Lincare, on April 10, 2024 pending resolution of Defendant's Motion to Stay Execution of Judgment and Waiver of Bond Requirement (Doc. 119). No supersedeas bond or other security is required pending resolution of Defendant's Motion to Stay Execution of Judgment and Waiver of Bond Requirement (Doc. 119). Briefing deadlines regarding this motion remain unchanged;

2. The Court notes that Defendant has filed a Motion to Defer Consideration of Plaintiff's Petition for Attorney Fees and Costs (Doc. 121). Notwithstanding the filing of this motion, Defendant shall

comply with the briefing deadlines established for Plaintiff's First Motion for Attorney Fees (Doc. 106). Failure to do so will place Defendant in violation of Local Rule 7.6;[1]

3. Except as discussed herein, all other papers shall be filed in accordance with the Federal Rules of Civil Procedure and the Local Rules; and

4. The Court notes the Defendant's repeated assertion that it is incorrectly identified in the caption. The parties shall file a stipulation by May 20, 2024 addressing the proper name of the Defendant. If an agreement cannot be reached, the parties shall each file by May 20, 2024 a short letter explaining their disagreement.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] "Any party who fails to comply with this rule shall be deemed not to oppose such motion." L.R. 7.6.