IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Patricia Holmes,<br><br>Plaintiff,<br><br>v.<br><br>American Home Patient/Lincare,<br><br>Defendant. | :<br>:<br>:<br>:   Case 4:21-cv-01683-MWB<br>:<br>:<br>:<br>:<br>: |

## STIPULATION

1. On April 10, 2024, the Clerk entered judgment in favor of Plaintiff, Patricia Holmes, against "American Home Patient/Lincare." Dkt 101.

2. Plaintiff and Defendant agree and stipulate that the correct and proper name of the Defendant is "American HomePatient, Inc." and that the caption should be modified accordingly.

3. Plaintiff and Defendant further agree and stipulate that any judgment in this case should reflect the Defendant's correct name: "American HomePatient, Inc."

Respectfully submitted,

| **BORDAS AND BORDAS, PLLC** | **CULHANE, PLLC** |
|---|---|
| */s/ Thomas B. Anderson* | */s/ Jo Bennett* |
| Thomas B. Anderson | Jo Bennett |
| (Pa. ID No. 79990) | (Pa. ID No. 78333) |
| 420 Fort Duquesne Blvd. | 40 W. Evergreen Ave. |
| Suite 1800 | Suite 101 |
| One Gateway Center | Philadelphia, PA 19118 |
| Pittsburgh, PA 15222 | Phone: (215) 880-0084 |
| Phone: (412) 502-5000 | Fax: (215) 248-2381 |
| *tanderson@bordaslaw.com* | *jbennett@cm.law* |

Dated: May 20, 2024