IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| PATRICIA HOLMES, | § | |
| :--- | :--- | :--- |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:21-cv-01683-MWB |
| | § | (Hon. Matthew W. Brann) |
| AMERICAN HOME | § | |
| PATIENT/LINCARE, | § | |
| Defendant. | § | |

**APPENDIX TO REPLY IN SUPPORT OF
MOTION TO DEFER CONSIDERATION OF PLAINTIFF'S
<u>PETITION FOR ATTORNEY FEES AND COSTS</u>**

| Exhibit | Description |
| :---: | :--- |
| 1. | *DeCurtis v. Upward Bound Int'l, Inc.,* No. 09-Civ-5378, 2011 WL 4549412 (S.D.N.Y. Sept. 27, 2011) |
| 2. | *Gallantin Fuels, Inc. v. Westchester Fire Ins. Co.*, 244 F. App'x 424 (3d Cir. 2007) |
| 3. | *King v. Geico Indem. Co.*, 712 F. App'x 649 (9th Cir. 2017) |
| 4. | *Peebles v. Terminix Int'l Co.,* No. 20-14365, 2021 WL 5894857 (11th Cir. Dec. 14, 2021) |
| 5. | *Sun Pacific Parking Cooperative, Inc.* No. 1:01-cv-6102 OWW CCC, 2009 WL 900751 (E.D. Calif. Mar. 31, 2009) |