IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA HOLMES, | No. 4:21-CV-01683 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| AMERICAN HOMEPATIENT, INC., | |
| Defendant. | |

### ORDER

**SEPTEMBER 6, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant American HomePaitent, Inc.'s Renewed Motion for Judgment as a Matter of Law, Motion for New Trial or Remittitur, and Motion to Amend Judgment (Doc. 125) is **GRANTED IN PART** and **DENIED IN PART**:

    a. The award of punitive damages is **REMITTED** from $20,000,000 to $1,000,000;

    b. The Clerk of Court is **DIRECTED** to follow the Order Approving Stipulation to Correct Party Name (Doc. 138) when amending the judgment in this case; and

    c.    Defendant's Renewed Motion for Judgment as a Matter of Law, Motion for New Trial or Remittitur, and Motion to Amend Judgment (Doc. 125) is **OTHERWISE DENIED**;

2. Defendant American HomePatient, Inc.'s Motion to Stay Consideration of Plaintiff's Petition for Attorney Fees and Costs is **DENIED**;

3. Plaintiff shall file supplemental materials outlining her additional attorney's fees no later than September 20, 2024. Any objections to this supplement shall be received by the Court no later than October 4, 2024; and

4. Defendant's Motion for a Stay of Execution on Judgment and Waiver of Bond Requirement Pending Disposition of Post-Trial Motion (Doc. 119) is **DENIED AS MOOT**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge