AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| PATRICIA HOLMES<br>*Plaintiff*<br>v.<br>AMERICAN HOMEPATIENT, INC.<br>*Defendant* | )<br>)<br>)  Civil Action No. 4:21-CV-01683<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Final Judgment is entered in favor of Plaintiff and against Defendant, in the amount of One Million, Five Hundred Thousand ($1,500,000.00) dollars, consisting of Five Hundred Thousand ($500,000.00) dollars in compensatory damages and One Million ($1,000,000.00) dollars in punitive damages.

This action was *(check one)*:

☑ **tried by a jury with Judge** Matthew W. Brann **presiding, and the jury has rendered a verdict.**

☐ **tried by Judge** _____ **without a jury and the above decision was reached.**

☐ **decided by Judge** _____ **on a motions for** _____.

Date: September 6, 2024

CLERK OF COURT

*s/ Janel R. Rhinehart*
*Signature of Clerk or Deputy Clerk*