IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA HOLMES, | : | No. 4:21-CV-01683 |
| Plaintiff, | : | (Chief Judge Brann) |
| v. | : | |
| AMERICAN HOMEPATIENT, INC., | : | |
| Defendant. | : | |

# ORDER

### JANUARY 28, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Patricia Holmes' First Motion for Attorneys' Fees (Doc. 106) and Supplemental Motion for Attorneys' Fees (Doc. 154) are **GRANTED IN PART**:

   a. Plaintiff Patricia Holmes is awarded $252,906.30 in attorneys' fees and $9,074.16 in costs;

   b. Defendant American HomePatient, Inc. shall pay this award no later than February 27, 2025.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge